

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,231-01

**EX PARTE JAMES MICHAEL GIRALDO, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W08-48759-N(A) IN THE 195th DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of manslaughther and sentenced to imprisonment for twenty years.

On November 20, 2014, an order designating issues was signed by the trial court. And, on May 7, 2015, pursuant to TEX. R. APP. P. 73.5, this Court granted the trial court an extension of one hundred and twenty days to resolve the issue designated in its order. The habeas record has been forwarded to this Court prematurely. We remand this application to the 195th District Court of

Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: June 10, 2015
Do not publish